# United States Court of Appeals
## for the First Circuit

No. 25-1705

DINNER TABLE ACTION; FOR OUR FUTURE; ALEX TITCOMB,

Plaintiffs - Appellees,

v.

WILLIAM J. SCHNEIDER, in the official capacity as Chairman of the Maine Commission on Governmental Ethics and Election Practices; DAVID R. HASTINGS, III, in the official capacity as a Member of the Maine Commission on Governmental Ethics and Election Practices; DENNIS MARBLE, in the official capacity as a Member of the Maine Commission on Governmental Ethics and Election Practices; BETH N. AHEARN, in the official capacity as a Member of the Maine Commission on Governmental Ethics and Election Practices; AARON M. FREY, in the official capacity as Attorney General of Maine; SARAH E. LECLAIRE, in the official capacity as a Member of the Maine Commission on Governmental Ethics and Election Practices,

Defendants - Appellants,

EQUAL CITIZENS; CARA MCCORMICK; PETER MCCORMICK; RICHARD A. BENNETT,

Defendants.

No. 25-1706

DINNER TABLE ACTION; FOR OUR FUTURE; ALEX TITCOMB,

Plaintiffs -Appellees,

v.

EQUAL CITIZENS; CARA MCCORMICK; PETER MCCORMICK;
RICHARD A. BENNETT,

Defendants - Appellants,

WILLIAM J. SCHNEIDER, in the official capacity as Chairman of
the Maine Commission on Governmental Ethics and Election
Practices; DAVID R. HASTINGS, III, in the official capacity as a
Member of the Maine Commission on Governmental Ethics and
Election Practices; DENNIS MARBLE, in the official capacity as a
Member of the Maine Commission on Governmental Ethics and
Election Practices; BETH N. AHEARN, in the official capacity as a
Member of the Maine Commission on Governmental Ethics and
Election Practices; AARON M. FREY, in the official capacity as
Attorney General of Maine; SARAH E. LECLAIRE, in the official
capacity as a Member of the Maine Commission on Governmental
Ethics and Election Practices,

Defendants.

_____

On Appeal from the United States
District Court for the District of Maine
No. 1:24-cv-00430-KFW

_____

**PLAINTIFFS-APPELLEES' RESPONSE TO MOTION FOR
LEAVE TO FILE AMICUS BRIEF**

Plaintiff-Appellees Dinner Table Action, For Our Future, and Alex Titcomb do not oppose Center for American Progress's motion to file an amicus brief. Irrespective of the benefit the Court may receive from amici briefs, Appellees have uniformly assented to the filing of such briefs, and do so for this *amicus* as well.

Dated: October 29, 2025                    Respectfully submitted,

/s/ *Charles Miller*
Charles Miller (Ohio Bar No. 073844)
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW, Suite 801
Washington, D.C. 20036
Tel: (202) 301-9800
Fax: (202) 301-3399
cmiller@ifs.org

*Counsel for Plaintiffs-Appellees*

CERTIFICATE OF SERVICE

I hereby certify on this 29th Day of October that I electronically filed this document with the Fifth Circuit using its ECF system, which automatically served this document on counsel of record.

_/s/ *Charles Miller*
Charles M. Miller